United States District Court
Southern District of Texas
**ENTERED**
May 31, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KPLER, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-00026 |
| | § | |
| ANCHOR SPECIALITIES, LTD, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case, the Court grants summary judgment on behalf of Kpler, Inc., and enters judgment as follows:

| | |
|---|---|
| Damages | $493,479.45 |
| Attorney's Fee | $ 48,2724.28 |

Interest on the total of damages and attorney's fees at the rate of 5.17% interest until paid.

This is a Final Judgment.

SIGNED on May 31, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge