United States District Court
Southern District of Texas
**ENTERED**
June 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KPLER, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-00026 |
| § | |
| ANCHOR SPECIALITIES, LTD, § | |
| § | |
| Defendant. § | |

## CORRECTED FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case, the Court grants summary judgment on behalf of Kpler, Inc., and enters judgment as follows:

Damages                             $493,479.45

Attorney's Fee                      $ 48,724.28

Interest on the total of damages and attorney's fees at the rate of 5.17% interest until paid.

This is a Final Judgment.

SIGNED on June 10, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1